No. 371. MANSFIELD HARDWOOD LUMBER CO. *v.* JOHNSON ET AL. C. A. 5th Cir. Certiorari denied. *Charles D. Egan* and *Benjamin C. King* for petitioner. *John M. Madison, Ned A. Stewart* and *Vernon W. Woods* for respondents.

No. 373. NOLAND ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *George D. Gibson* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Helen A. Buckley* for respondent.

No. 377. ROYSTER DRIVE-IN THEATRES, INC., *v.* AMERICAN BROADCASTING-PARAMOUNT THEATRES, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Francis T. Anderson* and *Eugene Gressman* for petitioner. *Albert C. Bickford, John F. Caskey, E. Compton Timberlake* and *Myles J. Lane* for respondents.

No. 378. NATIONAL AIRLINES, INC., *v.* STILES; and
No. 437. STILES *v.* NATIONAL AIRLINES, INC. C. A. 5th Cir. Certiorari denied. *George Foster, Jr.* for National Airlines, Inc. *Eberhard P. Deutsch, R. Emmett Kerrigan* and *René H. Himel, Jr.* for Stiles. Reported below: 268 F. 2d 400.

No. 351. MORRIS *v.* UNITED STATES. Motion for leave to proceed on typewritten petition granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Henry A. Lowenberg* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.